UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 15-22717-CIV-WILLIAMS/SIMONTON

CARLOS VEGA,

    Plaintiff,

vs.

LOOMIS ARMORED US, LLC,

    Defendant.

_____/

## ORDER DISMISSING CASE WITH PREJUDICE

THIS CAUSE came before the Court on the Parties' Joint Stipulation for Final Order of Dismissal with Prejudice, ECF No. [34], regarding Plaintiff Carlos Vega's claims in the above-captioned action. The Parties Stipulation conditions the dismissal with prejudice upon the court retaining jurisdiction through January 15, 2016. The Court has previously approved the terms of the Settlement Agreement, has reviewed the Stipulation, and the pertinent portions of the record, and is otherwise fully advised in the premises. It is therefore

ORDERED and ADJUDGED that this matter is hereby DISMISSED with prejudice; the Court retains jurisdiction to enforce the Settlement Agreement through January 15, 2016. This case is closed.

DONE AND ORDERED in chambers this 5th day of January, 2016.

*Andrea M. Simonton*
_____
HONORABLE ANDREA M. SIMONTON
UNITED STATES MAGISTRATE JUDGE

Copies provided: Counsel of record